

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:            01-18-00516-CV

Style:                   Holly Schaumleffel v. GS/TPRF III Houston Medical Center, LP

Date motion filed*:      January 30, 2019

Type of motion:          Agreed Second Motion for Extension of Time to File Appellee's Brief

Parties filing motion:   Appellee GS/TPRF III Houston Medical Center, LP

Document to be filed:    Appellee's Brief

Is appeal accelerated?      No.

If motion to extend time:

    Original due date:              November 7, 2018

    Number of extensions granted:      1      Current Due Date:  February 5, 2019

    Date Requested:                 May 6, 2019

Ordered that motion is:

    ☑ Granted; If document is to be filed, document due:  May 6, 2019.
        ☑        No further extensions of time will be granted.
    ☐ Denied
    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
    ☑ Other: _____

    Appellee's unopposed second motion for extension of time to file its brief, to
    memorialize a settlement agreement and to allow for full performance of that
    agreement, is **granted until May 6, 2019, but no further extensions will be granted.**
    *See* TEX. R. APP. P. 10.5(b)(1)(C).

Judge's signature:  __/s/ Laura C. Higley_____
               ☐ Acting individually      ☐ Acting for the Court
Date:  _February 5, 2019_____